**IT IS SO ORDERED.**

**SIGNED THIS: September 17, 2009**

                                        _____
                                        **MARY P. GORMAN**
                                        **UNITED STATES BANKRUPTCY JUDGE**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:    KIMBERLY MARIE WELBES    Case No.    09-70558

Debtor(s)

**<u>ORDER DISMISSING CASE</u>**

The Court finds:

    that the debtor(s)' Motion for Voluntary Dismissal of Chapter 13 proceedings is allowed.

IT IS THEREFORE ORDERED that the Chapter 13 petition in bankruptcy filed on March 2, 2009, be and is hereby dismissed.

IT IS FURTHER ORDERED that the Clerk's fees of -0- are due from the Trustee to the extent any monies were received by the Trustee, and the Trustee is directed to file the final Report (30 days for a Chapter 7 or 90 days for a Chapter 12/13).

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

###